FILED: November 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1764 (L)
(3:18-cv-03118-JFA)
_____

BRIAN BOWEN, II

      Plaintiff - Appellant

v.

ADIDAS AMERICA INC; JAMES GATTO; CHRISTIAN DAWKINS; MUNISH SOOD; THOMAS GASSNOLA; CHRISTOPHER RIVERS

      Defendants - Appellees

_____

No. 21-2029
(3:18-cv-03118-JFA)
_____

BRIAN BOWEN, II

      Plaintiff - Appellant

v.

ADIDAS AMERICA INC.; JAMES GATTO; CHRISTIAN DAWKINS; MUNISH SOOD; THOMAS GASSNOLA; CHRISTOPHER RIVERS

Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing en banc.

A requested poll of the court failed to produce a majority of judges in regular active service and not disqualified who voted in favor of rehearing en banc. Chief Judge Diaz and Judges Agee, Harris, Rushing, and Heytens voted to deny rehearing en banc. Judges King, Gregory, Wynn, Thacker, and Benjamin voted to grant rehearing en banc. Judges Wilkinson, Niemeyer, Richardson, and Quattlebaum were recused and did not participate in the poll.

Entered at the direction of Judge Rushing.

                                            For the Court

                                            /s/ Nwamaka Anowi, Clerk